IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | NO. 07-02900 |
| KENNETH DELL WILEY, | CHAPTER 13 |
| Debtor. | JUDGE JOHN H. SQUIRES |

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. F/K/A NORWEST MORTGAGE, INC., its successors and/or assigns, (hereinafter referred to as "WELLS FARGO BANK"), a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations:

1. That on February 20, 2007, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. That WELLS FARGO BANK is a creditor of the Debtor with respect to a certain mortgage upon real estate, with a common address of 7428 S. Oakley Ave., Chicago, Illinois 60636.

3. That, on September 8, 2010, the trustee filed and served a Notice of Payment of Final Mortgage Cure Amount.

4. That, as of this date, creditor's records still reflects a balance of $995.83, which represents unpaid pre-petition arrearages pursuant to the proof of claim filed by creditor on March 27, 2007. (See Exhibit A.)

5. That this statement is filed in response to trustee's notice and is intended to comply with the requirements set forth in said notice. In addition, this notice will also serve as information for Debtor and Debtor's counsel, in the event they wish to amend the plan to pay this pre-petition arrearage.

                                Respectively Submitted,

                                /s/ Terri M. Long
                                TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301 Fax: (708) 922-3302
Atty. for WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. F/K/A NORWEST MORTGAGE, INC., its Successors and/or Assigns